UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,    **CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-against-

-CR-    ( )( )

Defendant(s).
-------------------------------------------------------------------X

Defendant _____ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or ___ teleconferencing:

___   Initial Appearance Before a Judicial Officer

___   Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___   Bail/Detention Hearing

___   Conference Before a Judicial Officer

 /s/William Soto
_____         _____
Defendant's Signature                                  Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_____         _____
Print Defendant's Name                                 Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

 October 22, 2020
_____
Date

_____
JAMES L. COTT
United States Magistrate Judge